Name and
MICHAEL R. McDONNELL SBN# 41463
Law Offices of McDonnell & Kent, Inc.
418 East La Habra Blvd.
La Habra, CA 90631
(562) 694-3827 Fax (562) 694-4280
mike@mcdonnellandkent.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) | CASE NUMBER 08mj08308-PCL-1 |
| v. | |
| SARAI LOPEZ-DOJAQUEZ, Defendant(s). | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Sarai Lopez-Dojaquez ☐ Plaintiff ☑ Defendant ☐ Other ______
*Name of Party*

hereby request the Court approve the substitution of Michael R. McDonnell
*New Attorney*

as attorney of record in place and stead of Elmer Joseph Cox, II
*Present Attorney*

Dated 4-10-2008 x Sarai Lopez D.
*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated 4-14-08 [signature]
*Signature of Present Attorney*

Dated 4-10-08 Mike R McDonnell
*Signature of New Attorney*

CA SBN 41463
*State Bar Number*

If party requesting to appear Pro Se:

Dated ______ ______
*Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.