## Certificate of Service

I hereby certify that on April 21, 2008, I electronically filed the foregoing REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Office of the United States Attorney and Attorney Elmer J. Cox.

/s/ Michael R. McDonnell
Michael R. McDonnell, SBN 41463
Attorney for Defendant
McDonnell & Kent, Inc.
418 East La Habra Boulevard
La Habra, California 90631
Tel. (562) 694-3827
Fax. (562) 694-4280
mike@mcdonnellandkent.com